1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

ROBERT CARLOS VALLE,           )     Case No. CV 08-2330-AHM (JWJ)
               Petitioner,           )     **ORDER TO SHOW CAUSE**
     v.                            )
S. SCRIBNER, Warden,           )
              Respondent.           )
_____)

     On July 2, 2008, respondent filed a Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus.  On July 9, 2008, this Court issued a Minute Order ordering that "[a]ny Opposition [to respondent's Motion to Dismiss] shall be served and filed by July 23, 2008."  To date, petitioner has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus.

     Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

     Petitioner shall have **fourteen days from the date of this Order** to show cause why he has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus or to file an

Opposition to respondent's Motion to Dismiss.  If petitioner does not file an Opposition to the Motion to Dismiss or show reasonable cause for his failure to do so within fourteen days of the date of this Order, the Court will deem this matter under submission and will rule on respondent's Motion to Dismiss.

DATED:  September 2, 2008

                                          /s/
                              JEFFREY W. JOHNSON
                           United States Magistrate Judge