# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARLOS VALLE,<br><br>        Petitioner,<br><br>    v.<br><br>S. SCRIBNER, Warden,<br><br>        Respondent. | Case No. CV 08-2330-AHM (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: November 10, 2010

                                            A. HOWARD MATZ
                                UNITED STATES DISTRICT JUDGE

**JS-6**